[For subsequent proceedings, see Case No. 15,234.]

## Case No. 15,234.

### UNITED STATES v. GORDON.

[1 Cranch, C. C. 81.] [1]

Circuit Court, District of Columbia. April Term, 1802.

SELLING LIQUOR WITHOUT LICENSE.

Under the act of Virginia prohibiting the sale of spirituous liquors without license, all the acts of selling before conviction constitute but one offence.

Indictment [against Robert Gordon] for retailing spirituous liquors. [For prior proceedings, see Case No. 15,233.] The judgment was arrested; because the indictment charged it as a second offence, before the defendant was convicted of a first; the court being of opinion that all selling before conviction constituted but one offence.